ARTHUR EDMUNDSON, JR. *v.* MIGUEL F. RIVERA ET AL.

The named defendant's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Richard M. Sheiman,* deputy city attorney, for the appellee (named defendant).

*Edward F. Kunin,* for the appellant (plaintiff).

Argued October 16—decided October 16, 1975

AIJA B. VAN PATTEN *v.* PHILIP S. VAN PATTEN

The plaintiff's requested extension of time to file her motion for review in the appeal from the Superior Court in New London County is granted.

*G. J. Stillson MacDonnell,* in support of the motion.

*Donald O'Brien,* in opposition.

Submitted October 9—decided October 16, 1975

THEODORA S. SUTTON *v.* OLD SAYBROOK ZONING COMMISSION ET AL.

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Middlesex County is denied.

*David J. Peska,* in support of the petition.

*George J. Kingsley* and *Thomas P. Byrne,* in opposition.

Submitted October 10—decided October 16, 1975